# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** November 27, 2019

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA RULES FOR QUALIFIED AND COURT-APPOINTED PARENTING COORDINATORS

**DOCKET NO.:** SC18-847          **OPINION FILED:** November 7, 2019

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

As previously released, on page 22, in lines 7-9 from the bottom of the page, the rule number and title of rule 15.350 are stated twice, inconsistently in wording and capitalization.

The rule number and title are corrected to read in bold and underlined type as follows on a single line:

"RULE 15.350.  CONFIDENTIALITY OF DISCIPLINARY PROCEEDINGS"

**SIGNED:  OPINION CLERK**

**The corrected hard copy will follow.**